```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      WESTERN DIVISION
```

MARY FRANCES MARTIN,           )

      PLAINTIFF,             )

VS.                            )   CV99-H-3151-W

CITY OF TUSCALOOSA;            )
PHILLIP KINARD; LINDA WILLIAMS;
JAMES RICHARDSON, Lakeshore    )
Drive Committee; JOHN KING,
Lakeshore Drive Committee;     )
and KELLI LOVOY, Lakeshore
Drive Committee,               )

      DEFENDANTS.            )

**MEMORANDUM OF DECISION**

In the *pro se* complaint filed herein[1] plaintiff seeks to redress alleged fraud on the part of the several defendants associated with the sale of her house. Clearly the court does not have diversity jurisdiction over what is equally clear to be a state law claim. Plaintiff attempts to invoke federal question jurisdiction to pursue what she describes as a § 1983 claim. No § 1983 claim, however, is arguably articulated in the complaint.

---

[1] While plaintiff is still proceeding *pro se*, the court file reflects that an attorney is helping her with this case but has not decided whether to accept representation of her.

The court has before it several pending motions to dismiss which correctly point out that the court does not have jurisdiction over the claim or claims stated in the complaint. An order sill be entered dismissing this action for lack of jurisdiction.

DONE this 8th day of June, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE